IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Mathis, Stephen F | Case Number:  08 B 22440 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed:  8/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 13, 2009
Confirmed:  November 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 972.46 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 908.28 |
| Trustee Fee: | | 64.18 |
| Other Funds: | | 0.00 |
| Totals: | 972.46 | 972.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 3,009.20 | 908.28 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 76,384.76 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 52,609.56 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 260.28 | 0.00 |
| 5. | Chase Tax Related Products Group | Unsecured | 101.27 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 978.86 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 179.57 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 89.43 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 67.65 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 16.91 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 92.09 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 129.51 | 0.00 |
| 13. | Midland Credit Management | Unsecured | 82.03 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 15.55 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 676.42 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 30.74 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 74.12 | 0.00 |
| 18. | Dorothy Brown Clerk Of The Circuit | Unsecured | | No Claim Filed |
| 19. | First Premier Bank | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 22. | RCN | Unsecured | | No Claim Filed |
| 23. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 24. | Reward Zone Program Mastercard | Unsecured | | No Claim Filed |
| | | | $ 134,797.95 | $ 908.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mathis, Stephen F | Case Number: 08 B 22440 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 8/26/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 64.18 |
| | $ 64.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*